IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Karista Lyne Nichilo, | : | Bankruptcy No. |
| Debtor | : | Chapter 7 |
| Movant | : | Related to Document No. 1 |
| v. | : | |
| No Respondent | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, Michael I. Assad, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: /s/ Michael I. Assad
Signature

Michael I. Assad
Typed Name

923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
Address

609-808-3300
Phone No.

330937 (PA)
List Bar I.D. and State of Admission

American Education Services
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

Best Egg Services LLC
Attn: Bankruptcy
3419 Silverside Rd
Wilmington, DE 19810-4801

Chex Systems Inc.
Attn: Bankruptcy
PO Box 58339
Minneapolis, MN 55458-3399

Citi
Attn: Bankruptcy
PO Box 9001037
Louisville, KY 40290-1037

Commonwealth of Pennsylvania
Department of Revenue
Attn: Bankruptcy
Department 280946
Harrisburg, PA 17128-0001

Commonwealth of Pennsylvania
Office of General Counsel
Attn: Bankruptcy
30 N 3rd St Ste 200
Harrisburg, PA 17101-1715

Commonwealth of Pennsylvania
Office of Attorney General
Attn: Bankruptcy
15th Floor, Strawberry Square
Harrisburg, PA 17120-0001

County of Erie
Tax Claim Bureau
140 W 6th St
Erie, PA 16501-1011

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase
Attn: Bankruptcy
270 Park Ave
New York, NY 10017-2014

Millcreek Township School District
3740 W 26th St
Erie, PA 16506

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

MOHELA
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

PA E-ZPass
Attn: Bankruptcy
300 E Park Dr #2729
Harrisburg, PA 17111-2729

Pennsylvania Higher Education
Assistance Agency
Attn: Bankruptcy
1200 N 7th St
Harrisburg, PA 17102-1419

State of New Mexico
Taxation & Revenue Department
Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

State of Texas
Office of the Attorney General
Bankruptcy & Collections Division
MC-008
PO Box 12548
Austin, TX 78711-2548

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

Township of Millcreek
3608 W 26th St
Erie, PA 16506-2059

U.S. Attorney's Office (WDPA)
Attn: Civil Process Clerk
700 Grant St Suite 4000
Pittsburgh, PA 15219-1956

U.S. Department of Education
General Counsel
400 Maryland Ave SW
Washington, DC 20202-0001

U.S. Department of Justice
Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United Wholesale Mortgage
Attn: Bankruptcy
585 S Blvd E
Pontiac, MI 48341-3163

USAA
Attn: Bankruptcy
9800 Fredericksburg Rd
San Antonio, TX 78288-0001

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr # 550
Saint Charles, MO 63304-2225