**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Karista Nichilo
Case No : 26-10501
Chapter : 7
Petition Date : 09/23/2026
Period : 07/25/2026 through 09/23/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 09/11/2026 | UPMC Hamot | $4,418.11 | $3,467.32 |
| 4 | 08/28/2026 | UPMC Hamot | $4,407.17 | $3,469.52 |
| 6 | 08/14/2026 | UPMC Hamot | $4,418.14 | $3,478.31 |
| 8 | 07/31/2026 | UPMC Hamot | $4,379.63 | $3,480.85 |

UPMC LIFE CHANGING MEDICINE

# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Karista Nichilo | 695712-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 695712 | E695712 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Sr. Clinician | UPMC Hamot |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 5390 Sterrettania Road<br>Erie, PA 16506<br>US | Sr. Clinician | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 23-Aug-2026 | 5-Sep-2026 | 11-Sep-2026 | 114,585.27 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 4,418.11 | 81,989.08 |
| Imputed Earnings | 10.98 | 94.32 |
| Pretax Deductions | 210.06 | 3,911.00 |
| Employee Tax Deductions | 722.03 | 12,881.23 |
| Voluntary Deductions | 7.72 | 505.37 |
| Net Payment | 3,467.32 | 64,597.16 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 10.98 | 94.32 |
| Day Regular | 4,407.13 | 66,028.24 |
| Holiday Time Off Paid | 0.00 | 2,103.04 |
| In Service | 0.00 | 1,691.85 |
| Off Shift Regular | 0.00 | 2,440.68 |
| Overtime Straight Hours | 0.00 | 688.89 |
| Weekend Regular | 0.00 | 232.56 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 80.00 | Hours | 55.09 | 1.00 | 4,407.13 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| PTO Entitlement Payment | 0.00 | 8,282.42 |
| PTO Well Being Entitlement Payment | 0.00 | 427.08 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Day Regular Hours Worked | 80.00 | 1,244.45 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| In Service Hours Worked | 0.00 | 31.33 |
| Off Shift Regular Hours Worked | 0.00 | 45.17 |
| Overtime Straight Hours Hours Worked | 0.00 | 13.00 |
| PTO Entitlement Hours | 0.00 | 153.50 |
| PTO Well Being Entitlement Hours | 0.00 | 8.00 |
| Paid Meal Break | 2.00 | 38.00 |
| Weekend Regular Hours Worked | 0.00 | 4.50 |

UPMC LIFE CHANGING MEDICINE

**Payslip**



| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 47.54 | 903.26 |
| Elite Vision EE Pre Tax | 8.97 | 170.43 |
| Health Care FSA Pre Tax V1 | 76.93 | 1,461.53 |
| Non McGann Parking Pretax V1 | 40.00 | 680.00 |
| Premium Dental EE Pre Tax | 36.62 | 695.78 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 260.90 | 4,840.84 |
| FIT Withheld | 195.04 | 3,099.99 |
| Medicare Employee Withheld | 61.01 | 1,132.13 |
| SIT Withheld (PA) | 130.08 | 2,415.02 |
| SUI Employee Withheld (PA) | 3.09 | 57.33 |
| City Withheld (PA,Erie,Erie) | 69.91 | 1,297.92 |
| Head Tax Withheld (PA,Erie,Erie) | 2.00 | 38.00 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | 0.71 | 13.49 |
| Spouse DP ADD EE Post Tax | 0.23 | 4.37 |
| Spouse DP Life EE Post Tax | 0.35 | 6.65 |
| Uniform American Discount | 0.00 | 358.69 |
| MetLife Legal Post Tax (695712) | 6.43 | 122.17 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 15129959835 | | | XXXXXXXXX2575 | USD | 3,467.32 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Married filing jointly or Qualifying widow(er) | 4,998.00 | 50.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | 0.00 |

UPMC LIFE CHANGING MEDICINE

# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Karista Nichilo | 695712-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 695712 | E695712 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Sr. Clinician | UPMC Hamot |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 5390 Sterrettania Road<br>Erie, PA 16506<br>US | Sr. Clinician | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 9-Aug-2026 | 22-Aug-2026 | 28-Aug-2026 | 114,585.27 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 4,407.17 | 77,570.97 |
| Imputed Earnings | 0.00 | 83.34 |
| Pretax Deductions | 210.05 | 3,700.94 |
| Employee Tax Deductions | 719.88 | 12,159.20 |
| Voluntary Deductions | 7.72 | 497.65 |
| Net Payment | 3,469.52 | 61,129.84 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 83.34 |
| Day Regular | 2,947.27 | 61,621.11 |
| Holiday Time Off Paid | 0.00 | 2,103.04 |
| In Service | 0.00 | 1,691.85 |
| Off Shift Regular | 0.00 | 2,440.68 |
| Overtime Straight Hours | 0.00 | 688.89 |
| Weekend Regular | 0.00 | 232.56 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 53.50 | Hours | 55.09 | 1.00 | 2,947.27 |
| PTO Entitlement | | | 26.50 | Hours | 55.09 | 1.00 | 1,459.90 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| PTO Entitlement Payment | 1,459.90 | 8,282.42 |
| PTO Well Being Entitlement Payment | 0.00 | 427.08 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Day Regular Hours Worked | 53.50 | 1,164.45 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| In Service Hours Worked | 0.00 | 31.33 |
| Off Shift Regular Hours Worked | 0.00 | 45.17 |
| Overtime Straight Hours Hours Worked | 0.00 | 13.00 |
| PTO Entitlement Hours | 26.50 | 153.50 |
| PTO Well Being Entitlement Hours | 0.00 | 8.00 |
| Paid Meal Break | 2.50 | 36.00 |
| Weekend Regular Hours Worked | 0.00 | 4.50 |

UPMC LIFE CHANGING MEDICINE

# Payslip



| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | **47.54** | **855.72** |
| Elite Vision EE Pre Tax | **8.97** | **161.46** |
| Health Care FSA Pre Tax V1 | **76.92** | **1,384.60** |
| Non McGann Parking Pretax V1 | **40.00** | **640.00** |
| Premium Dental EE Pre Tax | **36.62** | **659.16** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **260.22** | **4,579.94** |
| FIT Withheld | **193.73** | **2,904.95** |
| Medicare Employee Withheld | **60.86** | **1,071.12** |
| SIT Withheld (PA) | **130.08** | **2,284.94** |
| SUI Employee Withheld (PA) | **3.08** | **54.24** |
| City Withheld (PA,Erie,Erie) | **69.91** | **1,228.01** |
| Head Tax Withheld (PA,Erie,Erie) | **2.00** | **36.00** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | **0.71** | **12.78** |
| Spouse DP ADD EE Post Tax | **0.23** | **4.14** |
| Spouse DP Life EE Post Tax | **0.35** | **6.30** |
| Uniform American Discount | **0.00** | **358.69** |
| MetLife Legal Post Tax (695712) | **6.43** | **115.74** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 15086986849 | | | XXXXXXXXX2575 | USD | **3,469.52** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Married filing jointly or Qualifying widow(er) | **4,998.00** | **50.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | **0.00** |

UPMC LIFE CHANGING MEDICINE

# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Karista Nichilo | 695712-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 695712 | E695712 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Sr. Clinician | UPMC Hamot |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 5390 Sterrettania Road<br>Erie, PA 16506<br>US | Sr. Clinician | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 26-Jul-2026 | 8-Aug-2026 | 14-Aug-2026 | 114,585.27 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 4,418.14 | 73,163.80 |
| Imputed Earnings | 10.98 | 83.34 |
| Pretax Deductions | 210.06 | 3,490.89 |
| Employee Tax Deductions | 722.05 | 11,439.32 |
| Voluntary Deductions | 7.72 | 489.93 |
| Net Payment | 3,467.33 | 57,660.32 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 10.98 | 83.34 |
| Day Regular | 2,203.56 | 58,673.84 |
| Holiday Time Off Paid | 0.00 | 2,103.04 |
| In Service | 0.00 | 1,691.85 |
| Off Shift Regular | 0.00 | 2,440.68 |
| Overtime Straight Hours | 0.00 | 688.89 |
| Weekend Regular | 0.00 | 232.56 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 40.00 | Hours | 55.09 | 1.00 | 2,203.56 |
| PTO Entitlement | | | 40.00 | Hours | 55.09 | 1.00 | 2,203.60 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| PTO Entitlement Payment | 2,203.60 | 6,822.52 |
| PTO Well Being Entitlement Payment | 0.00 | 427.08 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Day Regular Hours Worked | 40.00 | 1,110.95 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| In Service Hours Worked | 0.00 | 31.33 |
| Off Shift Regular Hours Worked | 0.00 | 45.17 |
| Overtime Straight Hours Hours Worked | 0.00 | 13.00 |
| PTO Entitlement Hours | 40.00 | 127.00 |
| PTO Well Being Entitlement Hours | 0.00 | 8.00 |
| Paid Meal Break | 2.00 | 33.50 |
| Weekend Regular Hours Worked | 0.00 | 4.50 |

UPMC LIFE CHANGING MEDICINE

# Payslip



| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | **47.54** | **808.18** |
| Elite Vision EE Pre Tax | **8.97** | **152.49** |
| Health Care FSA Pre Tax V1 | **76.93** | **1,307.68** |
| Non McGann Parking Pretax V1 | **40.00** | **600.00** |
| Premium Dental EE Pre Tax | **36.62** | **622.54** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **260.90** | **4,319.72** |
| FIT Withheld | **195.05** | **2,711.22** |
| Medicare Employee Withheld | **61.02** | **1,010.26** |
| SIT Withheld (PA) | **130.08** | **2,154.86** |
| SUI Employee Withheld (PA) | **3.09** | **51.16** |
| City Withheld (PA,Erie,Erie) | **69.91** | **1,158.10** |
| Head Tax Withheld (PA,Erie,Erie) | **2.00** | **34.00** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dependent Child Life ADD EE Post Tax | **0.71** | **12.07** |
| Spouse DP ADD EE Post Tax | **0.23** | **3.91** |
| Spouse DP Life EE Post Tax | **0.35** | **5.95** |
| Uniform American Discount | **0.00** | **358.69** |
| MetLife Legal Post Tax (695712) | **6.43** | **109.31** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 15044682345 | | | XXXXXX1326 | USD | **3,467.33** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Married filing jointly or Qualifying widow(er) | **4,998.00** | **50.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | | **0.00** |

UPMC LIFE CHANGING MEDICINE

# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Karista Nichilo | 695712-1 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 695712 | E695712 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Sr. Clinician | UPMC Hamot |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 5390 Sterrettania Road<br>Erie, PA 16506<br>US | Sr. Clinician | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 12-Jul-2026 | 25-Jul-2026 | 31-Jul-2026 | 114,585.27 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 4,379.63 | 68,745.66 |
| Imputed Earnings | 0.00 | 72.36 |
| Pretax Deductions | 170.05 | 3,280.83 |
| Employee Tax Deductions | 721.01 | 10,717.27 |
| Voluntary Deductions | 7.72 | 482.21 |
| Net Payment | 3,480.85 | 54,192.99 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 72.36 |
| Day Regular | 964.06 | 56,470.28 |
| Holiday Time Off Paid | 0.00 | 2,103.04 |
| In Service | 881.43 | 1,691.85 |
| Off Shift Regular | 330.54 | 2,440.68 |
| Overtime Straight Hours | 0.00 | 688.89 |
| Weekend Regular | 0.00 | 232.56 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 17.50 | Hours | 55.09 | 1.00 | 964.06 |
| In Service | | | 16.00 | Hours | 55.09 | 1.00 | 881.43 |
| Off Shift Regular | | | 6.00 | Hours | 55.09 | 1.00 | 330.54 |
| PTO Entitlement | | | 36.00 | Hours | 55.09 | 1.00 | 1,983.24 |
| PTO Well Being Entitlement Earnings Results | | | 4.00 | Hours | 55.09 | 1.00 | 220.36 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| PTO Entitlement Payment | 1,983.24 | 4,618.92 |
| PTO Well Being Entitlement Payment | 220.36 | 427.08 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Day Regular Hours Worked | 17.50 | 1,070.95 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| In Service Hours Worked | 16.00 | 31.33 |
| Off Shift Regular Hours Worked | 6.00 | 45.17 |
| Overtime Straight Hours Hours Worked | 0.00 | 13.00 |
| PTO Entitlement Hours | 36.00 | 87.00 |

UPMC LIFE CHANGING MEDICINE

**Payslip**



| | | |
|---|---|---|
| PTO Well Being Entitlement Hours | 4.00 | 8.00 |
| Paid Meal Break | 0.50 | 31.50 |
| Weekend Regular Hours Worked | 0.00 | 4.50 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Advantage Silver EE Pre Tax | 47.54 | 760.64 |
| Elite Vision EE Pre Tax | 8.97 | 143.52 |
| Health Care FSA Pre Tax V1 | 76.92 | 1,230.75 |
| Non McGann Parking Pretax V1 | 0.00 | 560.00 |
| Premium Dental EE Pre Tax | 36.62 | 585.92 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 260.99 | 4,058.82 |
| FIT Withheld | 195.23 | 2,516.17 |
| Medicare Employee Withheld | 61.04 | 949.24 |
| SIT Withheld (PA) | 129.23 | 2,024.78 |
| SUI Employee Withheld (PA) | 3.06 | 48.07 |
| City Withheld (PA,Erie,Erie) | 69.46 | 1,088.19 |
| Head Tax Withheld (PA,Erie,Erie) | 2.00 | 32.00 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 11.36 |
| Spouse DP ADD EE Post Tax | 0.23 | 3.68 |
| Spouse DP Life EE Post Tax | 0.35 | 5.60 |
| Uniform American Discount | 0.00 | 358.69 |
| MetLife Legal Post Tax (695712) | 6.43 | 102.88 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 15001264269 | | | XXXXXX1326 | USD | 3,480.85 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Married filing jointly or Qualifying widow(er) | 4,998.00 | 50.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | | 0.00 |