**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Karista Lyne Nichilo (First Name Middle Name Last Name) | Social Security number or ITIN: | xxx–xx–0836 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 7 9/23/26 |
| Case number: | 26–10501–JCM | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**10/20**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Karista Lyne Nichilo | |
| 2. | **All other names used in the last 8 years** | fka Karista Lyne Payne, fka Karista Lyne Pickens | |
| 3. | **Address** | 5390 Sterrettania Rd<br>Erie, PA 16506–3913 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Contact phone 609–808–3300<br>Email: mike@assad.law |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph B. Spero<br>3213 West 26th Street<br>Erie, PA 16506 | Contact phone 814–836–1011<br>Email: sperofirm@sperolawoffice.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814−464−9740<br><br>Date: 9/24/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 4, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 639 079 5364, and Passcode 3024807978, call 1−814−900−6661**<br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | | **Filing deadline: 1/3/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | | |

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-10501-JCM
Karista Lyne Nichilo Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3
Date Rcvd: Sep 24, 2026 Form ID: 309A Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karista Lyne Nichilo, 5390 Sterrettania Rd, Erie, PA 16506-3913 |
| 16727060 | | Best Egg Services LLC, Attn: Bankruptcy, 3419 Silverside Rd, Wilmington, DE 19810-4801 |
| 16727061 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 16727064 | | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd St Ste 200, Harrisburg, PA 17101-1715 |
| 16727065 | | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 16727066 | + | County of Erie, Tax Claim Bureau, 140 W 6th St, Erie, PA 16501-1073 |
| 16727069 | + | Millcreek Township School District, 3740 W 26th St, Erie, PA 16506-2096 |
| 16727072 | | PA E-ZPass, Attn: Bankruptcy, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 16727077 | | Township of Millcreek, 3608 W 26th St, Erie, PA 16506-2059 |
| 16727078 | + | U.S. Attorney's Office (WDPA), Attn: Civil Process Clerk, 700 Grant St Suite 4000, Pittsburgh, PA 15219-1955 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Sep 25 2026 01:32:00 | Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| tr | + | EDI: QJBSPERO.COM | Sep 25 2026 05:28:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Sep 25 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 25 2026 05:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 25 2026 01:32:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16727059 | | Email/Text: bncnotifications@pheaa.org | Sep 25 2026 01:32:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 16727062 | | EDI: CITICORP | Sep 25 2026 05:28:00 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 16727063 | | EDI: PENNDEPTREV | Sep 25 2026 05:28:00 | Commonwealth of Pennsylvania, Department of Revenue, Attn: Bankruptcy, Department 280946, Harrisburg, PA 17128-0001 |
| 16727067 | | EDI: IRS.COM | Sep 25 2026 05:28:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16727068 | | EDI: JPMORGANCHASE | Sep 25 2026 05:28:00 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, |

| | | | | |
|---|---|---|---|---|
| | | | | New York, NY 10017-2014 |
| 16727070 | | Email/Text: EBN@Mohela.com | Sep 25 2026 01:32:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 16727073 | + | Email/Text: bncnotifications@pheaa.org | Sep 25 2026 01:32:00 | Pennsylvania Higher Education Assistance Agency, Attn: Bankruptcy, 1200 N 7th St, Harrisburg, PA 17102-1444 |
| 16727074 | | EDI: NMTRD.COM | Sep 25 2026 05:28:00 | State of New Mexico, Taxation & Revenue Department, Bankruptcy Unit, PO Box 50129, Albuquerque, NM 87181-0129 |
| 16727075 | ^ | MEBN | Sep 25 2026 01:29:34 | State of Texas, Office of the Attorney General, Bankruptcy & Collections Division, MC-008, PO Box 12548, Austin, TX 78711-2548 |
| 16727076 | | EDI: SYNC | Sep 25 2026 05:28:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 16727079 | | Email/Text: edbknotices@ecmc.org | Sep 25 2026 01:32:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 16727080 | ^ | MEBN | Sep 25 2026 01:28:42 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 16727081 | | Email/Text: bankruptcy@uwm.com | Sep 25 2026 01:32:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 S Blvd E, Pontiac, MI 48341-3163 |
| 16727082 | | Email/Text: bkelectronicnotices@usaa.com | Sep 25 2026 01:32:00 | USAA, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 16727083 | | EDI: VERIZONCOMB.COM | Sep 25 2026 05:28:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16727071 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Michael I. Assad | on behalf of Debtor Karista Lyne Nichilo mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 3