**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION**

IN RE:

Case No. 26-10501-JCM
Chapter 7

Karista Lyne Nichilo fka Karista Lyne Payne
fka Karista Lyne Pickens

Debtor(s).

# NOTICE OF APPEARANCE

**UNITED WHOLESALE MORTGAGE, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 29th day of September, 2026, to the following:

Michael I. Assad
Law Office of Mike Assad P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002
mike@assad.law
***Attorney for Debtor(s)***

Joseph B. Spero
3213 West 26th Street
Erie, PA 16506
sperolaw@roadrunner.com
***Chapter 7 Trustee***

U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Karista Lyne Nichilo fka Karista Lyne Payne fka Karista Lyne Pickens
5390 Sterrettania Rd.
Erie, PA 16506-3913

***Debtor(s)***

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire